**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Keating, Shawn | 10/15/1964 | VT | District of Vermont | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Myott, Patricia | 9/20/1951 | VT | District of Vermont | No | Yes | No | Kidney Cancer | Counts I-XI |
| 3. | Pierson, Christopher | 10/12/1963 | VT | District of Vermont | No | Yes | No | Testicular Cancer | Counts I-XI |
| 4. | Powers, Charles | 12/27/1961 | VT | District of Vermont | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Stevens, Ray | 1/6/1942 | VT | District of Vermont | No | Yes | No | Kidney Cancer | Counts I-XI |
| 6. | Adametz, Christian | 6/28/1973 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 7. | Adams Sr., Terry | 9/30/1945 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 8. | Anderson, Paula | 3/11/1961 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 9. | Bandle, Sharon | 5/31/1952 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 10. | Baumann, William | 11/7/1951 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Bayeur, Brian | 8/10/1963 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 12. | Blanchard, Mark | 5/8/1952 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Bridge, Jared | 4/6/1987 | WA | Western District of Washington | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 14. | Burger, Emery | 6/24/1958 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Butler, Gregory S. | 7/24/1954 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Butsch II, William | 1/3/1970 | WA | Western District of Washington | No | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 17. | Carlisle, Stephen | 7/28/1984 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 18. | Caviezel, Lillian | 2/23/1942 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 19. | Clem, Douglas | 1/8/1960 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Conover, Pamela | 10/21/1951 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 21. | Crandall, James | 4/17/1977 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Creech, Gregory | 2/20/1948 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 23. | Crist, William | 10/22/1951 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 24. | Dagnon, Larry | 11/2/1971 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 25. | Day, Matthew | 12/15/1958 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Dean, Tristan | 1/28/1988 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 27. | Dyer, Miriam | 6/9/1940 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 28. | Erickson, Michael | 10/11/1963 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 29. | Evje, John Brad | 11/16/1970 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 30. | Fadden, Heather | 5/13/1965 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, and Ulcerative Colitis | Counts I-XI |
| 31. | Fernandes, Marc | 10/28/1970 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 32. | Fischer, Ann | 6/13/1958 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 33. | Garcia, Alfredo | 2/28/1973 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 34. | Gibelyou, Craig | 11/1/1953 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 35. | Guadamuz, Francisco J. | 7/25/1980 | WA | Western District of Washington | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 36. | Gustafson, Michael | 3/4/1959 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 37. | Hays, Gerald | NULL | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 38. | Hendrick, David | 10/7/1949 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 39. | Houlihan, James M. | 9/11/1962 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 40. | Jackson, Gillis | 6/18/1966 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 41. | Jester, Janice | 2/13/1960 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 42. | Katsel, Daniel | 7/19/1951 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 43. | Kehres, John | 1/27/1949 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 44. | Kerekes, Robin | 5/13/1963 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Landgren, John | 4/19/1965 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 46. | Larrick, Thomas | 10/16/1956 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 47. | Leamon, Robert B | 4/17/1986 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 48. | Locati, Robert | 1/30/1964 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 49. | Madrigal, Jose | 6/5/1984 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 50. | Marshall, Melissa | 1/7/1972 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Matyus, Matthew | 11/23/1990 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 52. | North, Katherine | 5/5/1958 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 53. | O'Neill, Brian | 1/4/1978 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 54. | Parascondola, Frank | 12/6/1966 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 55. | Parsons, Steven | 2/8/1969 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 56. | Peck, Eugene | 2/19/1957 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 57. | Phoenix, Daphne | 3/17/1977 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 58. | Plachy, Kevin | 10/10/1977 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 59. | Rancipher, Eugene | 6/28/1970 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | Riddle, Shawn | 12/9/1987 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 61. | Ridgway, Terra | 3/9/1974 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 62. | Riensche, Mary | 4/30/1953 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 63. | Rockey, Brian | 8/10/1960 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 64. | Scott, Darrell | 11/23/1966 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 65. | Simrall, Jr, William | 5/17/1961 | WA | Western District of Washington | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 66. | Smith, Majadi T | 2/19/1974 | WA | Western District of Washington | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 67. | Stewart, Howard | 5/18/1942 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Stone, Corian | 10/18/1959 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 69. | Topete, Hector | 10/9/1955 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 70. | Tucker, Thomas | 7/15/1947 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 71. | Wagner, Christopher | 4/30/1985 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 72. | Weigelt, Jr., Terry | 6/12/1979 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 73. | Wheaton, Curtis | 12/30/1971 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 74. | White, Arthur | 12/4/1949 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 75. | Wilson, Larry | 4/11/1952 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 76. | Wilson, Lynn | 2/13/1969 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 77. | Yi, Joshua | 1/16/1983 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 78. | Adams, Phyllis | 9/22/1958 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 79. | Alegria, Dana | 10/23/1964 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 80. | Braunschweig, James | 2/21/1952 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 81. | Dobson, Robert | 1/11/1952 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 82. | Drews, Jonathon | 4/6/1990 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 83. | Dunnick, John | 4/25/1952 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 84. | Dutcher, Franklin | 2/13/1947 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |

| # | Name | DOB | State | District | Col6 | Col7 | Col8 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 85. | Edwards, Natasha | 9/30/1984 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Erickson, Robbin | 3/12/1963 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 87. | Fields, John | 12/17/1955 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 88. | Frederick, Timothy E | 8/14/1956 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 89. | Frotten, Bryan | 11/28/1986 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 90. | Godsell, William | 12/29/1959 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 91. | Godwin, Aellef | 5/2/1964 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 92. | Green, Brenda | 4/7/1962 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 93. | Gulley, Jeremiah | 5/14/1975 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 94. | Hansen, Sundee | 10/31/1980 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 95. | Hetchler, Yvonne | 2/3/1937 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 96. | Huber, Julie | 12/20/1956 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 97. | Jackson, Audrey | 8/10/1960 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 98. | Jajtner, John | 6/30/1952 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, Testicular Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 99. | Johnson, Paul J | 2/6/1965 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 100. | Kosakoski, James | 2/8/1978 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 101. | Latimer, Norman | 12/14/1966 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Lawless, Lynne | 3/15/1950 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 103. | Little, Kim | 5/11/1957 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Lynch, Steven | 8/19/1950 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 105. | Makowski, Mike | 2/4/1961 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 106. | Martin, Robert | 1/23/1949 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 107. | Mattingly, David | 8/9/1952 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 108. | May, Kevin | 11/18/1966 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 109. | Mayer, Wayne | 8/19/1961 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 110. | MCkinley, Kimberly | 10/6/1970 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 111. | Meade, Douglas V | 4/2/1969 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 112. | Migut, Stacy | 10/26/1977 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 113. | Mitchell, Dale S | 7/24/1964 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 114. | Novey, Donald | 10/22/1961 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 115. | Olson, Laureen | 4/17/1961 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 116. | Patterson, Christopher | 3/23/1970 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 117. | Perrault, Ryan | 5/22/1975 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 118. | Piens, Thola | 3/20/1964 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 119. | Pippin, Chiwale | 7/9/1978 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 120. | Poster, Tina | 10/24/1957 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer, and Ulcerative Colitis | Counts I-XI |
| 121. | Quistorf, Susan | 12/17/1950 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Reed, Timothy | 9/12/1959 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 123. | Romanowski, Marcy | 2/13/1966 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 124. | Schneider Beach, Ingrid | 2/14/1958 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Scripp, Stephen | 10/17/1969 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 126. | Shefland, Gene | 11/7/1975 | WI | Eastern District of Wisconsin | Yes | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 127. | Siegert, James | 7/24/1984 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 128. | Smith, Susan | 11/22/1953 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 129. | Smith, Will | 2/10/1964 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 130. | Spotts, James | 12/6/1963 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Stamper, Timothy | 8/10/1958 | WI | Eastern District of Wisconsin | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 132. | Staven, Jr., Edward | 4/27/1960 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 133. | Stephens, Joann | 5/16/1973 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 134. | Swayze, Laura | 6/1/1959 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 135. | Tarantino, Frank | 7/9/1950 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 136. | Towns, Pauline | 2/4/1954 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | Wilhelme, Gerald | 3/10/1933 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 138. | Wilson, Robbie | 7/30/1964 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 139. | Winters, Gregg A | 1/2/1962 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, and Testicular Cancer | Counts I-XI |
| 140. | Wright, Russell E | 7/23/1979 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 141. | Yoss, Matthew | 3/21/1982 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 142. | Alderman, David | 8/9/1960 | WV | Northern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 143. | Arnett, Donna | 5/29/1969 | WV | Northern District of West Virginia | No | Yes | No | Kidney Cancer, and Ulcerative Colitis | Counts I-XI |
| 144. | Bair, Theodore | 7/12/1978 | WV | Northern District of West Virginia | No | Yes | No | Testicular Cancer | Counts I-XI |
| 145. | Beuhring, James | 4/16/1950 | WV | Northern District of West Virginia | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | Blake, Stephen | 12/15/1968 | WV | Northern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 147. | Bowman, Geraldine | 1/23/1971 | WV | Northern District of West Virginia | No | Yes | No | Kidney Cancer, Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 148. | Braley, Christopher | 6/21/1968 | WV | Northern District of West Virginia | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | Burkey, Warren | 1/11/1965 | WV | Northern District of West Virginia | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 150. | Chubb, Deanna | 1/24/1979 | WV | Northern District of West Virginia | Yes | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |